# HOUSTON POLICE DEPARTMENT

## Homicide Division

### WITNESS STATEMENT

Incident Number: 54036616

County of Harris                    State of Texas

Date: 4/28/2016                    Time: 7:10 PM

Before me, the undersigned authority, this day, personally appeared Roberto Felix, a DEPUTY/H C CONSTABLE believed by me to be a credible person, who after being sworn upon his oath, did depose and say:

My name is Roberto Felix. My payroll number is 906611 and I do not have a badge number. I am a DEPUTY/H C CONSTABLE and I am assigned to the Harris County Constables Pct 5 Toll Road Division on the Days shift. My office telephone number is 281-492-3600. My duty weapon is a Glock/ Mod 22C/ 40 cal, serial number HKD796. My duty weapon did discharge.

I, Deputy R .Felix Unit 85T14, while on patrol on 4/28/16 heard a call for a prohibited vehicle that HCTRA dispatched as traveling southbound from South Sam Plaza. I advised dispatch to send the call and began looking for the vehicle. I received the license plate for the vehicle a second time and checked it to obtain the color of the vehicle as silver. I continued southbound looking for the vehicle and was able to find it. I confirm the license plate with dispatch and advised them of my location of stopping the vehicle. I approached the suspect's vehicle and advised the suspect why he was being stopped and requested his driver license and insurance. He stated that it was a rental car and that he did not have his driver license. I smelled a strong odor of marijuana coming from the vehicle and requested a unit to check by as I knew I would have to get the suspect out of vehicle for further investigation. He then grabbed a handful of papers and started to go through them but only flipping through them and not actually looking at them. He then reached over towards the passenger floor board towards a red plastic cup that had what appeared to have trash in it. I told him not to reach over in that area and he then went back to look through the papers. He then reached over and turned off the ignition and placed his keys in the gear shift area. I asked him if he had anything in the vehicle I should know about because I smelled marijuana. He stated that he did not and said that his driver license was in the trunk and I could get it and search if I wanted to. I told him to go ahead and open the trunk as if I was going to look for it. I opened the driver door and told the suspect to step out. As I did so he grabbed his keys and turned on the vehicle. I drew my weapon and told him something like don't do it, as he started to put the car in drive. At the same time I was trying to keep him from doing so my body

I have read this portion of this, my statement, and find it to be true and correct to the best of my knowledge as typed by Roberto Felix

_____
Signature

_____
Notary Public



JASON ROBLES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/04/2018

**HC/BARNES-13**

was partially in the vehicle as he accelerated away. As the vehicle sped away I felt the driver door closing on me and starting to feel that I was being pinned and going to be drug. I quickly jumped onto the door seal and held on so I wouldn't get run over. My left arm and upper torso was out of the vehicle with trying to keep a grip on the windshield fearing I would be thrown off. I was unable to see anything inside the vehicle but I could feel my right hand that was holding on to my duty weapon being moved and pressure on my gun. I believe I yelled for him to stop and at that point fearing that I would either get thrown from the vehicle or crushed by the retaining wall I fired my weapon once and it had no effect. The vehicle then sped up and fearing that the suspect could kill me by him taking my weapon or crushing me I fired a second time. The vehicle then slowed down almost to a stop and I jumped off and held the suspect at gun point. I advised dispatch that shots were fired and for them to send HFD. I held him at gun point and a secondary unit arrived to assist. We both maintained him at gun point until a third deputy showed up, which I then holstered my weapon and stood to the side because of leg pain I was feeling. When additional units arrived I went back to my patrol vehicle and sat down.

**I understand that this statement is voluntary and not required by departmental policy. I have made this statement voluntarily and have read this, my statement, and find it to be true and correct to the best of my knowledge as typed by Roberto Felix.**

_____
Signature

Subscribed and sworn to before me, the undersigned authority, this the 28TH day of April, 2016

_____
Notary Public

End of statement of Roberto Felix.

JASON ROBLES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/04/2018

I have read this portion of this, my statement, and find it to be true and correct to the best of my knowledge as typed by Roberto Felix

_____
Signature

_____
Notary Public



JASON ROBLES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/04/2018