IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Janice Hughes Barnes, Individually and** | § | |
| **as a Representative of The Estate of** | § | |
| **Ashtian Barnes, Deceased; and Tommy** | § | |
| **Duane Barnes** | § | |
| *Plaintiffs* | § | |
| | § | |
| VS. | § | C.A. NO.: 4:18-CV-00725 |
| | § | |
| **Roberto Felix, Jr.** | § | |
| **And the County of Harris, Texas** | § | |
| *Defendants.* | § | |

### ORDER ON PLAINTIFFS' MOTION TO COMPEL RESPONSE TO SUBPOENA

On this day came on to be heard Plaintiffs', Motion to Compel Harris County District Attorney Office to Respond to Plaintiffs' Subpoena for the Grand Jury testimony of Roberto Felix, Jr. After reviewing the pleadings and responses, and hearing the arguments of counsel, it is the opinion of this Court that the following is GRANTED: It is therefore,

ORDERED, ADJUDGED AND DECREED that Harris County District Attorney respond to the Subpoena served by Plaintiffs by producing the entire grand jury testimony of Roberto Felix, Jr.

It is further, ORDERED, ADJUDGED AND DECREED that Harris County District Attorney respond within ___ days.

2

SIGNED this _____ day of _____, 2019.

                                                                           _____
                                                                             HON. JUDGE PRESIDING