# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Barnes et al     §
                §

v.                    §     CASE NUMBER    4:18-Cv-725

Harris County et al     §
                §

United States Courts
Southern District of Texas
F I L E D

### AUG – 1 2019

David J. Bradley, Clerk of Court

**Exh 3 and Exh 4 to motion for summary judgment #15**

---

---

---

---

---

## DOCUMENT IS:

☑    **LOOSE IN FILE**

☐    **IN VAULT SEALED**

☐    **IN BROWN EXPANDABLE FOLDER**

INSTRUMENT #_____



## THE OFFICE OF VINCE RYAN
## COUNTY ATTORNEY

July 30, 2019

United States Courts
Southern District of Texas
F I L E D

AUG 01 2019

David J. Bradley, Clerk of Court

*Via Hand Delivery*
David J. Bradley, Clerk
United States District Court
Southern District of Texas
515 Rusk Avenue, Fifth Floor
Houston, Texas 77002

Re:     Civil Action No. 4:18-CV-00725; *Janice Hughes Barnes et al. v. Harris County et al*; In
        the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Bradley:

Please file the enclosed; <u>Exhibit 3</u>, which was too large to file via electronic filing and a thumb drive containing videos labeled as <u>Exhibits 4</u>. Both exhibits are to Defendants' Consolidated Motion for Summary Judgment [DOC. #15] in the above-referenced case.

Very truly yours,

*/s/ Mary Baker*
MARY BAKER
Assistant County Attorney

cc:     Fomby Law Firm
        440 Louisiana St., Ste. 900
        Houston, Texas 77012
        *Via Hand Delivery*