Exhibit A – Dash Cam Video of the Incident

File exceeds the size for electronic filing, and will be directly delivered to the court.