**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

Barnes et al

v.

Felix et al

§
§
§
§
§
§

CASE NUMBER   4:18cv 725

Video exhibits # 18 Response to MSJ
Ex A, I, & L

_____

_____

_____

_____

**DOCUMENT IS:**

☑  **LOOSE IN FILE**

☐  **IN VAULT SEALED**

☒  **IN BROWN EXPANDABLE FOLDER**   1st flwr fileroom

**INSTRUMENT #_____**

Adam Fomby
adam@fombylaw.com



**FOMBY**
LAW FIRM

United States Courts
Southern District of Texas
F I L E D

AUG 22 2019

David J. Bradley, Clerk of Court

**440 Louisiana Street, Suite 900**
**Houston, TX 77002**
**P: 281.846.4229**
**F: 888.588.4925**

August 20, 2019

David J. Bradley, Clerk
United States District Clerk
Southern District of Texas
515 Rusk Avenue, Fifth Floor
Houston, Texas 77002

    RE: Cause No. 4:18-CV-00725, Janice Hughes Barnes et. al. v. Roberto Felix, Jr. et. al., Exhibits A, I and L to Plaintiffs Response to Motion for Summary Judgment

To Whom it May Concern:

    Please see the enclosed thumb drive containing Exhibit A, Exhibit I, and Exhibit L, which are videos to Plaintiffs Response to Defendants Consolidated Motion for Summary Judgment.

    Thank you for your attention and cooperation in this matter. If you have any questions or comments, please feel free to call my office.

Best regards,

Adam Fomby
Fomby Law Firm