UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE HUGHES BARNES, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-0725 |
| ROBERTO FELIX JR., *et al*, | § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is an Opposed Motion for Leave to File Sur-reply filed September 3, 2019, (Doc #23). The Motion is hereby DENIED, and the Sur-reply filed September 3, 2019 is STRICKEN from the record.

IT IS FURTHER ORDERED THAT a hearing on the Motion for Summary Judgement filed July 30, 2019, (Doc # 15), is scheduled January 6, 2020 at 10:00 a.m.

It is so ORDERED. 12/02/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge