UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Janice Hughes Barnes, et al.

v.   Case Number: 4:18−cv−00725

Roberto Felix, Jr, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/5/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   December 13, 2021

Nathan Ochsner, Clerk