IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE HUGHES BARNES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:18-CV-725 |
| v. ) | The Honorable Alfred H. Bennett |
| ) | U.S. District Judge |
| ROBERTO FELIX JR., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**FOR PLAINTIFF JANICE HUGHES BARNES**

Plaintiff Janice Hughes Barnes submits this Notice to inform the Court that on January 28, 2022, Liyah K. Brown ended her employment with the Texas Civil Rights Project. Please take notice that the following attorney is hereby substituted as attorney for Plaintiff Janice Hughes Barnes:

Mimi Marziani
Texas State Bar No. 24091906
Southern District No. 3364529
mimi@texascivilrightsproject.org

Plaintiff respectfully requests that the Clerk be instructed to remove Ms. Brown from further electronic notifications for this case.

Dated: February 14, 2022                Respectfully submitted,

                                        /s/*Peter Steffensen*
                                        Mimi Marziani
                                        Texas State Bar No. 24091906

        Southern District No. 3364529
        mimi@texascivilrightsproject.org
        Peter Steffensen
        peter@texascivilrightsproject.org
        Texas Bar No. 24106464
        Southern District No. 3327006
        Zachary Dolling
        zachary@texascivilrightsproject.org
        Texas Bar No. 24105809
        Southern District No. 3290949
        TEXAS CIVIL RIGHTS PROJECT
        2100 Travis Street
        Houston, TX 77002
        Telephone: 512-474-5073

## **CERTIFICATE OF SERVICE**

     I certify that on February 14, 2022 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

        /s/ *Peter Steffensen*
        Peter Steffensen