United States District Court
Southern District of Texas

**ENTERED**

February 15, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| JANICE HUGHES BARNES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:18-CV-725 |
| v. | ) The Honorable Alfred H. Bennett |
| | ) U.S. District Judge |
| ROBERTO FELIX JR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

Upon consideration of Plaintiffs' Motion for Clarification or, in the Alternative, Rule 59(e) Motion to Amend the Court's March 31, 2021 Order, it is ORDERED that the motion is GRANTED. The Court clarifies that its March 31, 2021 Order reflects an entry of partial summary judgment for Defendants on Plaintiffs' deadly force claim, and Plaintiffs may proceed with their remaining excessive force claim.

Ordered this ____ day of _____ FEB 1 5 2022 _____, 2022.

_____
The Honorable Alfred H. Bennett
United States District Judge