# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **Janice Hughes Barnes, Individually and** § | | |
| **as a Representative of The Estate of** § | | |
| **Ashtian Barnes, Deceased; and Tommy** § | | |
| **Duane Barnes** § | | |
| *Plaintiffs* § | | |
| § | | |
| VS. § | C.A. NO.: 4:18-CV-00725 | |
| § | | |
| **Roberto Felix, Jr.** § | | |
| **And the County of Harris, Texas** § | | |
| *Defendants.* § | | |

## PLAINTIFF'S MOTION TO LIFT STAY OF TRIAL DEADLINES

COMES NOW Plaintiff, Janice Hughes Barnes, Individually and as a Representative of The Estate of Ashtian Barnes, Deceased, and respectfully request this Court lift the Stay with respect to the trial date in this matter and would show the following:

On October 1, 2019, this court ordered a stay of the trial deadlines in the case, pending a ruling on the Motion for Summary Judgment filed by Defendants. Specifically, the court stayed deadline 5a, 5b, 6, and 7 of the First Amended Scheduling Order. Now that the court has made its ruling on Defendants Motion for Summary Judgment, Plaintiff, Janice Hughes Barnes, respectfully requests that this court lift the current stay of the related trial deadlines, and that this court reset those deadlines for a future date and for any other such relief Plaintiffs are entitled

Date: February 14, 2022                                    Respectfully Submitted,

Respectfully Submitted,

/s/*Mimi Marziani*                      /s/ Adam Fomby
Mimi Marziani                         Adam W. Fomby
Texas State Bar No. 24091906       Texas Bar No. 24083006
Southern District No. 3364529        Howard R. Fomby
mimi@texascivilrightsproject.org     Texas Bar No. 24069725
Peter Steffensen                     440 Louisiana Street, Suite 900
peter@texascivilrightsproject.org    Houston, TX 77002
Texas Bar No. 24106464             (281) 846-4229 Telephone
Southern District No. 3327006        (888) 588-4925 Facsimile
Zachary Dolling                     adam@fombylaw.com
zachary@texascivilrightsproject.org   hfomby@fombylaw.com
Texas Bar No. 24105809
Southern District No. 3290949
TEXAS CIVIL RIGHTS PROJECT
2100 Travis Street
Houston, TX 77002
Telephone: 512-474-5073

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on each attorney of record electronically on this 3rd day of March 2022.

/s/ Adam Fomby
Adam Fomby

## **CERITIFICATE OF CONFERENCE**

I certify that on or about March 3, 2022 I attempted to contact opposing counsel regarding this Motion by phone, and was not able to reach counsel to determine if he was opposed or unopposed.

/s/ Adam Fomby
Adam Fomby