United States District Court
Southern District of Texas
**ENTERED**
April 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE HUGHES BARNES, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-00725 |
| ROBERTO FELIX, JR., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are Plaintiff Janice Hughes Barnes' Motion to Lift Stay (the "Motion") (Doc. #84), Defendants' Response (Doc. #88), Plaintiff Tommy Duane Barnes' Response (Doc. #100), and Plaintiff Janice Hughes Barnes' Reply (Doc. #95). Having reviewed the parties' arguments and applicable law, the Court hereby GRANTS the Motion and the stay on this case is hereby lifted. A separate scheduling order shall be entered by the Court that includes deadlines for designating experts and filing summary judgment briefing regarding the remaining claim.

It is so ORDERED.

APR 1 4 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge