United States District Court
Southern District of Texas
**ENTERED**
April 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE HUGHES BARNES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-00725 |
| § | |
| ROBERTO FELIX, JR., *et al.*, § | |
| § | |
| Defendants. § | |

## SCHEDULING ORDER

1. _passed_    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. May 13, 2022    **EXPERTS**
   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. June 17, 2022    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. _passed_    **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. July 10, 2022    **MOTIONS DEADLINE**
   Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date) The motion deadline may <u>not</u> be changed by agreement.

5a. September 2, 2022    **JOINT PRETRIAL ORDER**
   THE DEFENDANT shall supply the Plaintiff with a

|     |                    |                                                                                                                                                           |
| --- | ------------------ | --------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |                    | final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy).                           |
| 5b. | September 16, 2022 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.                           |
| 6.  | September 30, 2022 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.                                                                                                      |
| 7.  | October 3, 2022.   | **TRIAL** is set for 9:00 a.m. in Courtroom 8C  Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on   April 14, 2022  , at Houston, Texas.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE