## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

United States Courts
Southern District of Texas
FILED

June 22, 2023

Nathan Ochsner, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 22, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-20519    Barnes v. Felix
                      USDC No. 4:18-CV-725

The court has granted the motion of Attorney Mr. Stanley Michael Clark to withdraw as counsel of record for Appellees in this case.

Further, the court has granted the motion of Attorney Mr. Stanley Michael Clark to substitute in Attorney Mr. James Carroll Butt as Appellees' Lead counsel.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Tommy Duane Barnes
Mr. James Carroll Butt
Mr. Stanley Michael Clark
Mr. Adam Fomby
Mr. Howard Rene Fomby, II
Mr. Nathan Ochsner