United States Courts
Southern District of Texas
FILED
February 14, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 23, 2024
Lyle W. Cayce
Clerk

No. 22-20519

JANICE HUGHES BARNES, *Individually and as Representative of* THE ESTATE OF ASHTIAN BARNES, *Deceased*; TOMMY DUANE BARNES,

*Plaintiffs—Appellants,*

*versus*

ROBERTO FELIX, JR.; COUNTY OF HARRIS, TEXAS,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-725

---

Before HIGGINBOTHAM, SMITH, and ELROD, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

No. 22-20519

PATRICK E. HIGGINBOTHAM, *Circuit Judge*, concurring.



Certified as a true copy and issued
as the mandate on Feb 14, 2024

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 14, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20519    Barnes v. Felix
                           USDC No. 4:18-CV-725

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      *Dantrell Johnson*

                                      By: _____
                                      Dantrell L. Johnson, Deputy Clerk
                                      504-310-7689

cc:
    Mr. Tommy Duane Barnes
    Mr. James Carroll Butt
    Mr. Adam Fomby
    Mr. Howard Rene Fomby, II
    Ms. Rachel Susan Fraser