# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 04, 2024

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

United States Courts  
Southern District of Texas  
**FILED**

OCT 2 5 2024

Nathan Ochsner, Clerk of Court

No. 22-20519   Barnes v. Felix  
USDC No. 4:18-CV-725

Dear Mr. Ochsner,

Enclosed is a copy of the Supreme Court order granting certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Tammy S. Tyson, Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 4, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

United States Courts
Southern District of Texas
F I L E D

OCT 2 5 2024

Nathan Ochsner, Clerk of Court

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Janice Hughes Barnes, Individually and as Representative of the
Estate of Ashtian Barnes, Deceased
v. Roberto Felix, Jr., et al.
No. 23-1239
(Your No. 22-20519)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

Scott S. Harris, Clerk



UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
OFFICE OF THE CLERK
F. EDWARD HEBERT BUILDING
600 S. MAESTRI PLACE
NEW ORLEANS, LOUISIANA 70130-3408

OFFICIAL BUSINESS

NEW ORLEANS LA 700
7 OCT 2024 PM 1 L

quadient
10/07/2024
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
IMI
ZIP 70130
041M11471134