December 31, 2024

Clerk of Court
515 Rusk Street
Houston Texas 77002

United States Courts
Southern District of Texas
FILED
JAN 06 2025
Nathan Ochsner, Clerk of Court

Re: Copy of Court docket for
Barnes v Felix   4:18-CV-725

Dear Clerk:

I lost all of my files in a house fire a couple of months ago. I am requesting a print out of the docket for the above said case to prepare me pro se for litigation after the Supreme Court Rule.

Sincerely

Tommy Barnes

Respectfully Submitted

Tommy Barnes 4549
115 W Main
Edna Texas 77957



Tommy Rainey 1549
115 W Main
Edna Texas 77957

LEGAL

United States Courts
Southern District of Texas
FILED
JAN 06 2025
Nathan Ochsner, Clerk of Court

Clerk of United States District Court
515 Rusk Street
Houston, Texas 77002

SAN ANTONIO TX
4 JAN 2025
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 77957
02 7H
0006194237
$ 000.69⁰
JAN 02 2025

77002-282399