United States Courts
Southern District of Texas
FILED

JAN 24 2025

Nathan Ochsner, Clerk of Court

Barnes v Felix    4:18-CV-725

Dear Clerk of this Court:

I want to first thank you for your copy of the docket that I requested. I am repersenting myself Pro Se in another case that requires #165 which is Pre Trial Order entered 09/19/22. I would like a copy of that. Due to my incarceration I am indigent. It would be over great thanks if you could mail me a copy. The documents I had were burned in a house fire.

Sincerely

[signature]

Respectfully Submitted
Tommy Barnes 4549
115 W Main
Edna, Texas 77952

Tommy Barnes
115 W Main
Edna, Texas 77957

LEGAL

Jackson County Detention Center
Inmate Mail

SAN ANTONIO TX 780
16 JAN 2025 PM
FIRST-CLASS

ZIP 77957
02 7H
0006194237

US POSTAGE PITNEY BOWES
$ 000.69⁰
JAN 15 2025

United States Courts
Southern District of Texas
FILED
JAN 24 2025
Nathan Ochsner, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77208

77208-101040