Case No. 4:18-CV-00725

United States Courts
Southern District of Texas
FILED

MAR 17 2025

Nathan Ochsner, Clerk of Court

RE: Request for copy of item # 92, #87, #94

Dear Clerk,

I am representing myself in a criminal matter as well as civil. I am requesting a copy of #92, #87, #94. I lost all materials in a house fire. Your assistance would be very much appreciated.

Sincerely,
Tommy Barnes

Respectfully Submitted

Tommy Barnes. 4549
115 West Main Street
Edna, Texas 77957



TOMMY BARNES # 4599
115 WEST MAIN
EDNA, TEXAS 77957

Jackson County Detention Center
Inmate Mail

LEGAL

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 6010
HOUSTON, TEXAS 77208

SAN ANTONIO TX 780
13 MAR 2025 PM
FIRST-CLASS

ZIP 77957
02 7H
0006194237
US POSTAGE PITNEY BOWES
$ 000.69⁰
MAR 13 2025