April 29th of 2025

RE: BARNES v. FELIX 4:18-CV-725.

United States Courts
Southern District of Texas
FILED
MAY 06 2025
Nathan Ochsner, Clerk of Court

Dear Clerk,

I am sending the courts this notice that I a representing myself Pro Se. as granted in this court. Nothing has changed and I look forward to returning the above case to your court.

Sincerely
Tommy Barnes

Respectfully Submitted
TOMMY DUANE BARNES 4549
115 WEST MAIN STREET
EDNA, TEXAS 77957

