United States Courts
Southern District of Texas
FILED
AUG 04 2025
Nathan Ochsner, Clerk of Court

July 28th of 2025

In re: Barnes et al v. Felix et al
District Court No.: 4:18-CV-00725
Circuit Court No.: 22-20519

Dear Nathan Ochsner,

As your Court is aware of the ruling in the aforesaid case the totality of circumstances is the new time frame and not the final two seconds before Felix murdered my son. I am Pro Se, and that is for a reason that I deem to bring new discoveries. The case manager of this case needs to be aware that I am incarcerated and need to be notified in the future correspondence accordingly. I am seeking trial and ask this Court to assist me with a Master to assist me and to strike my previous Pre Trial Motion from the record. This is my notice of being ready for a trial date.

Sincerely,
Tommy Barnes

Respectfully Submitted
Tommy Duane Barnes
115 West Main Street
Edna, Texas 77957

