August 6th of 2025

Clerk of Court in matter of Barnes v Felix 4:18-CV-00725

United States Courts
Southern District of Texas
FILED
AUG 15 2025

RE: Communication

Dear Clerk, I am writing to inform this Court that I have not received a notice from this Court that SCOTUS returned this case back to your court to vacate and remand. This is my contact address: Tommy Barnes 4549
115 West Main Street
Edna, Texas 77957

Please contact me direct to the discoveries I plan to bring before this court.

Sincerely,
Tommy Barnes

Tommy Duane Barnes 4549
115 West Main
Edna, Texas 77957

Jackson County Detention Center
Inmate Mail

United States Courts
Southern District of Texas
FILED
AUG 15 2025

SAN ANTONIO TX 780
13 AUG 2025
FIRST-CLASS
US POSTAGE PITNEY BOWES
$ 000.74⁰
AUG 08 2025
ZIP 77957
02 7H
0006194237

Clerk of Court
515 Rusk Street
Houston, Texas 77002

77002-260099